IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF JIMMY DOUG SHELTON,　　　　　　　　　　　　　　　　　　　　PLAINTIFF
JESSICA SHELTON, and JASON SHELTON

V.　　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:20-CV-08-SA-RP

SAFECO INSURANCE COMPANY,
LIBERTY MUTUALCOMPANY, DENNIS HALL,
and TRAVELERS INDEMNITY COMPANY　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to Chief United States District Judge Sharion Aycock on January 14, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 15th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE