IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF JIMMY DOUG
SHELTON; JASON L. SHELTON; et al.                                            PLAINTIFFS

VS.                                        CIVIL ACTION NO.: 1:20cv00008-GHD-RP

SAFECO INSURANCE CO.; et al.                                                    DEFENDANTS

<u>ORDER OF RECUSAL</u>

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 23rd day of January, 2020.

                                                           /s/ Glen H. Davidson
                                                           SENIOR U.S. DISTRICT JUDGE